COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-17-00464-CR

Style:     Edward Guerra v. The State of Texas

Date motion filed*:     November 2, 2017

Type of motion:     Second Motion for Extension of Time to File *Pro Se Anders* Response

Party filing motion:     *Pro se* appellant Edward Guerra

Document to be filed:     *Anders* Response

Is appeal accelerated?     No.

If motion to extend time:

     Original due date:     October 23, 2017

     Number of extensions granted:     1     Current due date:  December 18, 2017

     Date requested:     N/A

Ordered that motion is:

     ☑ Granted

          If document is to be filed, document due:  January 17, 2018.

          ☑     **No further extensions of time will be granted absent extraordinary circumstances.**

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

Appellant's second motion for an extension of time to file his *pro se Anders* response is **granted** because the district clerk filed confirmation of delivery of the clerk's record and the reporter's records to the *pro se* appellant on November 7, 2017.  However, appellant is warned that **no further extensions will be granted absent extraordinary circumstances**.  Accordingly, if appellant's response is not filed by January 17, 2018, the Clerk of this Court may mark this case ready for submission without the response.

Judge's signature: /s/ Evelyn V. Keyes

          ☑ Acting individually     ☐ Acting for the Court

Date:  November 14, 2017